# United States Court of Appeals
## For the Eighth Circuit

_____

No. 16-3754

_____

United States of America

*Plaintiff - Appellee*

v.

Oscar Flores Vazquez

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Southern District of Iowa - Des Moines

_____

Submitted: April 25, 2017
Filed: May 5, 2017
[Unpublished]

_____

Before RILEY, MURPHY, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

After Oscar Flores Vazquez pleaded guilty to conspiracy to distribute methamphetamine, the district court[1] varied below the advisory Guidelines range to

_____

[1]The Honorable John A. Jarvey, Chief Judge, United States District Court for the Southern District of Iowa.

impose a sentence of 42 months in prison, to be followed by 3 years of supervised release.  On appeal, counsel has moved to withdraw; and in a brief filed under <u>Anders v. California</u>, 386 U.S. 738 (1967), he argues that the sentence is substantively unreasonable, because Vazquez's lack of criminal history, and his minimal and non-violent involvement in the offense, warranted a lesser sentence.

Counsel's argument fails.  Upon review of the sentencing transcript, we conclude that the district court's carefully considered sentence was not an abuse of discretion.  <u>See</u> 18 U.S.C. § 3553(a); <u>United States v. Feemster</u>, 572 F.3d 455, 461-62 (8th Cir. 2009) (en banc) (standard of review); <u>United States v. Stults</u>, 575 F.3d 834, 849 (8th Cir. 2009) (where court makes individualized assessment based on facts presented, addressing proffered information in consideration of § 3553(a) factors, sentence is not unreasonable); <u>United States v. Lazarski</u>, 560 F.3d 731, 733-34 (8th Cir. 2009) (where court varied downward from Guidelines range, it is "nearly inconceivable" that it abused its discretion in not varying downward further still). Further, having reviewed the record pursuant to <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), we find no nonfrivolous issue for appeal.

Accordingly, we affirm, and we grant counsel's motion to withdraw.

———————————————